UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSMAN SANCHEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>TOP SMOKES INC., et al.,<br><br>       Defendants. | 24-CV-224 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On July 1, 2024, the Court ordered the parties to submit a joint status letter in advance of the initial pretrial conference scheduled to take place on September 11, 2024, at 2:30 p.m. (E.T.). *See* ECF No. 13. That date has passed, and the Court is not in receipt of the parties' submission.

  On July 26, 2024, Defendants filed a notice suggesting that Plaintiff may be deceased. *See* ECF No. 17.

  In light of the above, all deadlines in this action are **STAYED**. Plaintiff's counsel is **ORDERED** to file a status letter on ECF within **two weeks**. The status letter will state whether Plaintiff will substitute in any party in interest. The parties are advised that failure to comply with the Court's orders may result in sanctions, up to and including dismissal of this case for failure to prosecute.

  SO ORDERED.

Dated: September 5, 2024
    New York, New York

                              DALE E. HO
                           United States District Judge