UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSMAN SANCHEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>TOP SMOKES INC. ET AL.,<br><br>      Defendants. | 24-CV-224 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On October 4, 2024, Plaintiff filed a Notice of Voluntary Dismissal in the above-captioned matter. ECF No. 22. On October 7, 2024, this Court directed Defendant to respond indicating whether they consent to dismissal of this case by October 14, 2024. ECF No. 23. As of October 14, 2024, Defendants have failed to responded.

  It is hereby ORDERED that Defendants shall submit a letter to this Court indicating whether they consent to the above-captioned matter being dismissed by **October 21, 2024**.

  SO ORDERED.

Dated: October 17, 2024
    New York, New York

                         DALE E. HO
                         United States District Judge